## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

JIMMY DALE BLAND,

      Petitioner - Appellant,

v.

MARTY SIRMONS, Warden, Oklahoma
State Penitentiary,

      Respondent - Appellee.

No. 05-6013
D.C. No. CIV-01-718-L
W.D. Oklahoma

---

## JUDGMENT

Filed August 3, 2006

---

Before **KELLY**, **BRISCOE**, and **McCONNELL**, Circuit Judges.

---

This case originated in the Western District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.


Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: *[signature]*
Deputy Clerk

A true copy
Teste

    Elisabeth A. Shumaker
    Clerk, U.S. Court of
    Appeals, Tenth Circuit
By *[signature]*
Deputy Clerk

**United States Court of Appeals for the Tenth Circuit**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

Elisabeth A. Shumaker
Clerk of Court

Douglas E. Cressler
Chief Deputy Clerk


September 8, 2006


Mr. Robert D. Dennis
Clerk
United States District Court for the W. District of Oklahoma
200 NW Fourth Street
Room 1210 United States Courthouse
Oklahoma City, OK 73102


      Re:     05-6013, Bland v. Sirmons
             Dist/Ag docket:  CIV-01-718-L,


Dear Mr. Dennis:

    Enclosed are a certified copy of the judgment and a copy of
the opinion filed in this case which are issued as the mandate of
this court.  See Fed. R. App. P. 41(a).  Please file it in records of
your court.


    Please contact this office if you have questions.

               Sincerely,

               Elisabeth A. Shumaker
               Clerk, Court of Appeals


               By:   A.J. Schuler
                   Deputy Clerk


clk:as

cc:
    David B. Autry
    Seth S. Branham